UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.: 3:04-cr-189-J-99MCR

BRUCE FRAZIER THOMAS
_____

### AMENDED[1] BILL OF PARTICULARS

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to Rule 7(c)(2), Federal Rules of Criminal Procedure, now particularly alleges that the following property, in addition to the real property identified in the Bill of Particulars filed September 2, 2004 (Dkt. 19), is subject to forfeiture on the basis of the allegations in Count One of the Indictment filed in the above-styled criminal case:

1. 2002 Chevrolet Silverado P/U Ex. Cab,
   VIN: 1GCHK29U32Z218012,
   Asset ID No. 04-DEA-439610, seized by the Drug Enforcement Administration on July 16, 2004;

2. 2000 23' Carolina Skiff 238 Center console w/ motor and trailer, VIN: EKHX0603A000,
   Asset ID No. 04-DEA-439623, seized by the Drug Enforcement Administration on July 16, 2004;

3. 1998 Chevrolet Tahoe LT 4X4,
   VIN: 1GNEK13R9WJ328804,
   Asset ID No. 04-DEA-439633, seized by the Drug Enforcement Administration on July 16, 2004;

---

[1] This Amended Bill of Particulars supersedes and replaces the Bill of Particulars filed November 8, 2004 (Dkt. 29) in that pages 2 and 3 were inadvertently omitted upon the electronic filing of the document.

4. 2003 Yamaha Kodiak Ultramatic All-Terrain Vehicle, VIN: JY4AJ03Y72C034679, Asset ID No. 04-DEA-439706, seized by the Drug Enforcement Administration on July 16, 2004;

5. 2003 Yamaha Grizzly 660 Ultramatic 4X4 All-Terrain Vehicle, VIN: JY4AM03Y43C001728, Asset ID No. 04-DEA-439713, seized by the Drug Enforcement Administration on July 16, 2004; and

6. 2001 Yamaha Grizzly 600 ATV w/ Winch, VIN: JY4AJ02W2YA039308, Asset ID No. 04-DEA-439875, seized by the Drug Enforcement Administration on July 16, 2004.

Dated this 8th day of November, 2004.

          Respectfully submitted,

          PAUL I. PEREZ
          United States Attorney

By:    s/ Bonnie A. Glober
      BONNIE A. GLOBER
      Florida Bar No. 0748307
      Assistant United States Attorney
      United States Attorney's Office
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202-4270
      Tel. (904) 301-6300
      Fax. (904) 301-6310

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2004, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to the following:

>Arnold B. Corsmeier
>chip.corsmeier@usdoj.gov
>cathleen.turton@usdoj.gov
>JaxDocket.Mailbox@usdoj.gov

I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

>Mark J. Rosenblum
>Law Office of Mark J. Rosenblum
>204 Washington St.
>Jacksonville, FL 32202

>By:  s/ Bonnie A. Glober
>     Bonnie A. Glober
>     Florida Bar No. 0748307
>     Assistant United States Attorney
>     United States Attorney's Office
>     300 N. Hogan Street, Suite 700
>     Jacksonville, Florida 32202
>     Telephone:  (904) 301-6300
>     Fax: (904) 301-6310