UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

---

**UNITED STATES OF AMERICA**          **CASE NO.  3:04-cr-189-J-99MCR**

**v.**

**BRUCE FRAZIER THOMAS**

---

**Counsel for Government:**               **Counsel for Defendant:**

**Chip Corsmeier**                         **Mark Rosenblum**

---

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
**Courtroom Deputy: Donna Howard  Court Reporter: Shannon Bishop**
**U.S. Probation: Parker Anderson**

---

### CLERK'S MINUTES

PROCEEDINGS OF CHANGE OF PLEA HEARING:

Defendant placed under oath.

Defendant advised of rights, charges, penalties and consequences of entering a plea of guilty.

Defendant withdrew his previously entered plea of not guilty and entered a plea of guilty to Counts One and Two of the Indictment.

Court finds plea was made freely, voluntarily, knowingly and intelligently.  Court adjudicated defendant guilty of Counts One and Two  the Indictment and ordered PSI.  Order of Detention to remain in effect.

Government's Notice of Maximum Penalties filed in open court.

Sentencing will be set by separate notice.

DATE: February 16, 2005                    TIME: 2:00 pm - 2:35 pm